IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION – MAGISTRATE COURT

UNITED STATES OF AMERICA

v.   Case No. 6:24PO-06079-JJV

**DARRIN BERRY**

### DEFENDANT'S PLEA OF GUILTY

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **DARRIN BERRY**, Defendant herein, and enters this Plea of Guilty and respectfully states and admits as follows:

1. Defendant is charged with the offense(s) of:
**Driving on Suspended Driver's License (TEN PRIORS)**

2. Defendant understands that, under Rule 58, Federal Rules of Criminal Procedure, Defendant has the right to remain silent, the right to hire a lawyer (or have one appointed if he/she cannot afford to hire a lawyer), and the right to trial before the United States Magistrate Judge. Defendant further understands that the maximum penalty that may be imposed for the violation described in Paragraph One is a fine of no more than $5,000.00, no more than 6 months imprisonment, a processing fee in the amount of $30.00, and a Special Assessment in the amount of $10.00.

3. Defendant hereby waives the above rights (except the right to a lawyer only if noted by lawyer's signature below) and enters a plea of guilty to the following charges as follows and agrees to the following terms and conditions:

**Count One:** Driving on Suspended - 11th Offense   **Citation No:** 9021779
Fine - $_____ Special Assessment - $10   Processing Fee - $30
Fine - $ 500⁰⁰ with $ 500⁰⁰ suspended/conditioned upon completion of confinement
Confinement Period: THREE (3) DAYS
Probationary Period: _____
Total $ 40⁰⁰ to be paid by September 15, 2024   Dismissed – _____

**Count Two:** _____   **Citation No:** _____
Fine - $_____ Special Assessment - $10   Processing Fee - $30
Fine - $_____ with $_____ suspended/conditioned upon _____
Confinement Period: _____
Probationary Period: _____
Total $_____ to be paid by _____   Dismissed – _____

**Count Three:** _____   **Citation No:** _____
Fine - $_____ Special Assessment - $10   Processing Fee - $30
Fine - $_____ with $_____ suspended/conditioned upon _____
Confinement Period: _____
Probationary Period: _____
Total $_____ to be paid by _____   Dismissed – _____

**Count Four:** _____   **Citation No:** _____
Fine - $_____ Special Assessment - $10   Processing Fee - $30
Fine - $_____ with $_____ suspended/conditioned upon _____
Confinement Period: _____
Probationary Period: _____
Total $_____ to be paid by _____   Dismissed – _____

**Count Five:** _____   **Citation No:** _____
Fine - $_____ Special Assessment - $10   Processing Fee - $30
Fine - $_____ with $_____ suspended/conditioned upon _____
Confinement Period: _____
Probationary Period: _____
Total $_____ to be paid by _____   Dismissed – _____

Defendant respectfully requests the Court to accept this plea.

_____
Signature

# DARRIN BERRY
Printed Name

7/9/24
_____
Date

_____
Ben Hooten, Defense Counsel

The undersigned Assistant U.S. Attorney agrees to this disposition.

_____
Assistant U.S. Attorney

## ORDER

On this date, the Court accepts Defendant's plea and finds the Defendant guilty. Defendant is, therefore, ordered to comply with the terms and conditions of the guilty plea as specified in Paragraph Three. Failure to comply with the terms and conditions of this agreement can result in issuance of an arrest warrant. In addition, any imposed fine and/or administrative fees may be referred to the United States Treasury for collection.

Dated this 9th day of July, 2024.

_____
Honorable Joseph "Joe" Volpe
United States Magistrate Judge